Before STATE INDUSTRIAL BOARD, Respondent. BERNADETTE TREMBLEY, Respondent, v. W. E. WIND and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH VRANKA, Respondent, v. WARD LEONARD ELECTRIC COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Stimell* v. *Remington Typewriter Co.* (210 App. Div. 311); *Matter of DiSalvio* v. *Menihan Co.* (225 N. Y. 123). All concur.

TILLIE D. VANDERBILT, Respondent, v. JOHN J. LAKE, Appellant.— Judgment and order affirmed, with costs. All concur, except Hinman, J., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. PEARL WEISS, Respondent, v. EAGLE PENCIL COMPANY and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the findings of fact with reference to the blisters being caused by touching of lead to the skin, and that such blisters broke thereby permitting infection to enter, are not sustained by the proof. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM WEGNER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

JAMES F. WEIR, Respondent, v. JOSEPH WALKER, Appellant.— Judgment and order unanimously affirmed, with costs.

MICHAEL WHITE, Appellant, v. FREDERICK PERKINS, Respondent.— Judgment unanimously affirmed, with costs.

SYLVANUS A. WORDEN, Appellant, v. REID, MURDOCH & Co., Respondent.— Judgment and order unanimously affirmed, with costs.